# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

TIMOTHY STEPHENS                                                                          PLAINTIFF
SO #176094

V.                                    No. 4:19CV00113-JM-JTR

MIKE SYLVESTER, Jail Administrator,
Pulaski County Sheriff's Office, *et al*.                                                 DEFENDANTS

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Timothy Stephens may PROCEED with his claims against Sergeant Zachary Thompson, Sergeant Janeka Watkins, Lieutenant Jason Bangs, Jail Administrator Mike Sylvester, and Jail Administrator Charles Hendricks.

2. The Doe Defendants are DISMISSED, WITHOUT PREJUDICE, as defendants in this action.

3. It is CERTIFIED, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

4. The Clerk is directed to prepare a summons for Thompson, Watkins, Bangs, Sylvester and Hendricks at the Pulaski County Regional Detention Facility. The United States Marshal is directed to serve the summons, Substituted Complaint,[1] and this Order on them without

---

[1] Dkt. No. 7.

prepayment of fees and costs or security therefor. If any of the defendants are no longer Pulaski County employees, the individual responding to service must file a **sealed** statement providing the unserved defendant's last known private mailing address.

Dated this 18th day of April, 2019.

_____
UNITED STATES DISTRICT JUDGE