**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

TIMOTHY STEPHENS                                                                        PLAINTIFF
ADC #145440


V.                                         No. 4:19CV00113-JM-JTR


MIKE SYLVESTER, Jail Administrator,
Pulaski County Sheriff Office, *et al.*                                         DEFENDANTS


## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge

J. Thomas Ray. No objections have been filed. After careful review, the Recommendation is

approved and adopted in its entirety as this Court's findings in all respects. Defendants' Motion

for Summary Judgment (Dkt. No. 40) is DENIED.

IT IS SO ORDERED this 15th day of September, 2020.



_____
UNITED STATES DISTRICT JUDGE