UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TIMOTHY STEPHENS                                                                                                       PLAINTIFF
ADC #145440

V.                                              No. 4:19CV00113-JM-JTR

MIKE SYLVESTER, Jail Administrator,
Pulaski County Sheriff Office, *et al.*                                                                              DEFENDANTS

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray on July 9, 2021.  (Doc. No. 67).  No objections have been filed. After careful review, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects. Defendants' Motion for Summary Judgment (Doc. No. 61) is GRANTED and Plaintiffs' claims against them are dismissed with prejudice.

IT IS SO ORDERED this 6th day of August, 2021.

_____
UNITED STATES DISTRICT JUDGE