UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TIMOTHY STEPHENS                                                                                                 PLAINTIFF
ADC #145440

V.                                              No. 4:19CV00113-JM-JTR

MIKE SYLVESTER, Jail Administrator,
Pulaski County Sheriff Office, *et al.*                                                                  DEFENDANTS

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice.

IT IS SO ORDERED this 6th day of August, 2021.

_____
UNITED STATES DISTRICT JUDGE